IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NUMBER 05-22004-CIV-KING
Magistrate Judge Gruber

JANE DOE (D.D.), a minor, by and
through her parents, JOHN DOE and
SUSAN DOE,

   Plaintiffs,
v.

CARNIVAL CORPORATION,
d/b/a CARNIVAL CRUISE LINES,

   Defendant.
_____/

## PARTIES' NOTICE OF SETTLEMENT

  Plaintiff, JANE DOE (D.D.), a minor, by and through her parents, JOHN DOE and SUSAN DOE and Defendant, CARNIVAL CORPORATION d/b/a CARNIVAL CRUISE LINES, having amicably settled, compromised and adjusted all matters heretofore in controversy in the above-styled cause, do hereby notify the Court that this matter has been settled pending Court approval.

  DATED this 29th day of March, 2006.

| | |
|---|---|
| WALKER & O'NEILL, P.A. | MALTZMAN FOREMAN, P.A. |
| Dadeland Centre, Suite 1602 | 2 South Biscayne Boulevard - #2300 |
| 9155 S. Dadeland Blvd. | Miami, Florida 33131 |
| Miami, Florida 33156 | Tel: 305-358-6555 / Fax: 305-374-9077 |
| Tel: 305-995-5300 / Fax: 305-995-5310 | Counsel for Defendant |
| Counsel for Plaintiff | |
| By: _____ | By: _____ |
| JAMES M. WALKER, ESQ. | JEFFREY E. FOREMAN, ESQ. |
| FBN: 755990 | FBN: 0240310 |
| | JEFFREY N. ANDERSON, ESQ. |
| | FBN: 0359490 |