UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-22004-CIV-KING

JANE DOE (D.D.), a minor, by and
through her parents, JOHN DOE and
SUSAN DOE,

    Plaintiffs,

v.

CARNIVAL CORPORATION d/b/a
CARNIVAL CRUISE LINES,

    Defendant.
_____/



**CLOSED CIVIL CASE**

### FINAL ORDER OF DISMISSAL

THIS CAUSE came on for consideration upon the parties' notification that the above-styled action has been amicably settled. The Court, having considered the record and being fully advised in the premises, finds and concludes that the action should be dismissed without prejudice to the parties' rights to reopen the case within ten (10) days in the event that settlement is not consummated. Accordingly, it is

ORDERED and ADJUDGED that the above-styled action is hereby DISMISSED and is hereby CLOSED. All unresolved motions in this case are hereby denied as moot. Within sixty (60) days of this Dismissal Order, either party may petition the Court to reinstate this case, but only upon a showing of a good cause as to why the settlement was not consummated. It is further

ORDERED and ADJUDGED this civil case is DISMISSED, with leave to reopen upon good cause shown.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida this 30th day of March, 2006.

*[signature]*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc: ***Counsel for Plaintiff:***
James M. Walker, Esq.
Walker & o'neill, p.a.
Dadeland Centre, Suite 1602
955 S. Dadeland Boulevard
Miami, Florida 33156
Facsimile: (305) 995-5310

***Counsel for Defendant:***
Jeffrey E. Foreman, Esq.
Jeffrey N. Anderson, Esq.
MALTZMAN FOREMAN, P.A.
2 South Biscayne Boulevard
Suite 2300
Miami, Florida 33131
Facsimile: (305) 374-9077